# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

ROGER L. BUSH,

             Plaintiff,                **JUDGMENT IN A CIVIL CASE**

v.

                                     Case Number: 1:04-cv-258

JO ANNE B. BARNHART,

             Defendant.

---

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** as follows:

    The Court **GRANTS** the defendant's motion for summary judgment (dkt no. 11)**, DENIES**

the plaintiff's motion for summary judgment (dkt. no. 6) and  **DISMISSES** this civil action **WITH**

**PREJUDICE**.

                                    WALLY  EDGELL, Ph.D., Clerk

                          By:    Melody Somers, Deputy Clerk

March 21, 2006